# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-1331

_____

James M. Raper, Jr.

*Plaintiff - Appellant*

v.

Mark Gober; Drew County Detention Center; Does, All Guards and Employees of
Drew County Detention Center; Susan Potts, Ambassador Drew County Jail;
Robert Akin, Drew County Judge

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central

_____

Submitted: June 16, 2023
Filed: June 26, 2023
[Unpublished]

_____

Before GRUENDER, SHEPHERD, and STRAS, Circuit Judges.

_____

PER CURIAM.

James Raper, Jr., appeals the grant of summary judgment to jail officials who
allegedly delayed medical treatment for a spider bite and turned off the water to the

toilet in his cell.  Having carefully reviewed the record[1] and the parties' arguments on appeal, we conclude that no material facts are in dispute and the officials are entitled to judgment as a matter of law.  *See Johnson v. Leonard*, 929 F.3d 569, 574–75 (8th Cir. 2019) (reviewing a grant of summary judgment de novo and explaining that a deliberate-indifference claim requires showing that the "defendants knew of" an objectively serious medical need "yet deliberately disregarded it" (citation omitted)); *Smith v. Copeland*, 87 F.3d 265, 268–69 (8th Cir. 1996) (holding that four days in a cell with raw sewage from an overflowed toilet was not "cruel and unusual punishment").  We accordingly affirm the judgment of the district court.[2]  *See* 8th Cir. R. 47B.

_____

[1]We deny the pending motion to present evidence.  *See* Fed. R. App. P. 10(a)(1) (making district-court exhibits part of the record on appeal).

[2]The Honorable James M. Moody, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Edie R. Ervin, United States Magistrate Judge for the Eastern District of Arkansas.